# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 2, 2021

Lyle W. Cayce
Clerk

No. 21-20071
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Emil Bon Chicol-Najarro,

*Defendant—Appellant*.

Appeal from the United States District Court

for the Southern District of Texas
USDC No. 4:20-CR-479-1

Before Dennis, Clement, and Haynes, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Emil Bon Chicol-Najarro has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States*

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-20071

*v. Flores*, 632 F.3d 229 (5th Cir. 2011).  Chicol-Najarro has not filed a response.  We have reviewed counsel's brief and the relevant portions of the record reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.